

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2019

No. 04-19-00501-CV

**IN THE MATTER OF M.M.C.D.-E.**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01118
Honorable David A. Canales, Judge Presiding

# O R D E R

This is an accelerated appeal from the trial court's order terminating appellant's parental rights. Appellant timely filed a notice of appeal. Accordingly, the record was due 10 days after the notice of appeal was filed. *See* Tex. R. App. P. 26.1(b), 35.1(b). The record was not filed. The clerk of this court notified the court reporter responsible for the record that the record was late. Our letter required the record be filed by August 12, 2019. The record has not been filed.

We **order** the court reporter, Luis Duran, Jr. to file the reporter's records by August 22, 2019. *See id.* R. 35.3(c) (extension of time to file record in accelerated appeal must not exceed 10 days). Because this is an accelerated appeal of an order terminating the appellant's parental rights, this appeal must be disposed of by this court within 180 days of the date the notice of appeal is filed. Tex. R. Jud. Admin. 6.2. Given the time constraints governing the disposition of this appeal, requests for further extensions of time will be disfavored.

Furthermore, because this is an appeal from the termination of parental rights, "the trial court must direct the official or deputy reporter to immediately commence the preparation of the reporter's record. The trial court must arrange for a substitute reporter, if necessary." Tex. R. App. P. 28.4(b)(1). We **order** the clerk of this court to serve a copy of this order on the trial court. *See id.* R. 35.3(c) (stating "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed").

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2019.



Keith E. Hottle,
Clerk of Court